IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Martin, Stanley | Case Number: 07 B 19661 |
|---|---|---|
| | Martin, Mary D | Judge: Wedoff, Eugene R |
| | Printed: 6/24/08 | Filed: 10/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: December 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,225.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,834.00 |
| Trustee Fee: | | 166.72 |
| Other Funds: | | 224.28 |
| Totals: | 3,225.00 | 3,225.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,834.00 | 2,834.00 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 4. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 5. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 6. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 7. | Wilshire Credit Corp | Secured | 1,732.00 | 0.00 |
| 8. | Citi Residential Lending Inc | Secured | 7,852.00 | 0.00 |
| 9. | Capital One | Unsecured | 1,189.71 | 0.00 |
| 10. | Capital One | Unsecured | 985.00 | 0.00 |
| 11. | Monterey Financial Services | Unsecured | 1,626.81 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 430.00 | 0.00 |
| 13. | Aspen | Unsecured | | No Claim Filed |
| 14. | Allied Interstate | Unsecured | | No Claim Filed |
| 15. | ACL Laboratories | Unsecured | | No Claim Filed |
| 16. | Cash Call | Unsecured | | No Claim Filed |
| 17. | Harris & Harris | Unsecured | | No Claim Filed |
| 18. | ER Solutions | Unsecured | | No Claim Filed |
| 19. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 20. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 21. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 22. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 23. | Sinai Medical Group | Unsecured | | No Claim Filed |
| 24. | Sinai Medical Group | Unsecured | | No Claim Filed |
| 25. | State Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Martin, Stanley  
        Martin, Mary D  
        Printed:  6/24/08

Case Number:  07 B 19661  
Judge:  Wedoff, Eugene R  
Filed:  10/23/07

26.  Columbus Bank & Trust      Unsecured      No Claim Filed

_____    _____  
$ 16,649.52      $ 2,834.00

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 139.05 |
| 6.5% | 27.67 |
|  | _____ |
|  | $ 166.72 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ DMach_____